IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MARKUS CLEVELAND,

Plaintiff,

vs.

SARPY COUNTY POLICE, and OFFICER
WALKEWIZC, Police Officer;

Defendants.

8:23CV164

ORDER

Plaintiff filed his Complaint in this matter on April 27, 2023, while he was incarcerated.  The Court granted him leave to proceed in forma pauperis on May 1, 2023, also while he was incarcerated.  Plaintiff filed a change of address on June 5, 2023, indicating that he is no longer incarcerated.  *See* Filing No. 11.

Since Plaintiff is no longer incarcerated, he must now file a new application for leave to proceed in forma pauperis if he wishes to continue pursuing this case in forma pauperis.   Plaintiff may, in the alternative, pay the Court's $402.00 filing and administrative fees.

IT IS THEREFORE ORDERED that:

1.    Plaintiff must either file a new request for leave to proceed in forma pauperis or pay the Court's $402.00 filing and administrative fees within 30 days. Failure to take either action will result in dismissal of this matter without further notice to Plaintiff.

2.    The Clerk of the Court is directed to send to Plaintiff the Form AO 240, "Application to Proceed Without Prepayment of Fees and Affidavit."

3.      The Clerk of the Court is directed to set a pro se case management deadline with the following text: **July 10, 2023**: deadline for Plaintiff to file new IFP application or pay filing fee.

Dated this 9th day of June, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge