IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARKUS CLEVELAND, | |
| Plaintiff, | 8:23CV164 |
| vs. | |
| SARPY COUNTY POLICE, and OFFICER WALKEWIZC, Police Officer; | ORDER |
| Defendants. | |

Plaintiff Markus Cleveland, who advised he is no longer incarcerated, filed a Motion for Leave to Proceed in Forma Pauperis. Filing No. 15. Upon review of Plaintiff's Motion, the Court finds that Plaintiff is financially eligible to proceed in forma pauperis as a non-prisoner.

IT IS THEREFORE ORDERED that:

1. Plaintiff is granted leave to proceed in forma pauperis as a non-prisoner.

2. The Clerk of the Court is directed to update the Court's records to reflect that Plaintiff is no longer liable for the remaining balance of the filing fee.

3. Plaintiff is advised that the next step in his case will be for the Court to conduct an initial review of his claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The Court will conduct this initial review in its normal course of business.

2

Dated this 6th day of July, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge

2