IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MARKUS CLEVELAND,

Plaintiff,

vs.

OFFICER WALKEWIZC, Police
Officer,

Defendant.

8:23-CV-164

ORDER

The plaintiff, proceeding *pro se*, seeks additional time to respond to the defendant's motion for summary judgment (filing 35). Filing 41. Having considered the appropriate factors, *see Afr. Am. Voting Rts. Legal Def. Fund, Inc. v. Villa*, 54 F.3d 1345, 1350-51 (8th Cir. 1995), the Court will grant the extension. While *pro se* parties are not excused from complying with this Court's rules, *see Ackra Direct Mktg. Corp. v. Fingerhut Corp.*, 86 F.3d 852, 856 (8th Cir. 1996), it is appears from the plaintiff's motion that he may have been confused about what was pending and the deadline to respond. *See* filing 41.

The Court notes, however, that this is not the first time the plaintiff has failed to appear or respond when he should have. *See* filing 33; filing 39. The plaintiff is advised that <u>no further extensions</u> of his summary judgment response deadline will be granted, and <u>failing to respond or comply with any other court orders may separately warrant dismissal of his case</u> pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute. *See Schooley v. Kennedy*, 712 F.2d 372, 373-74 (8th Cir. 1983). The plaintiff's attention is also drawn to this Court's local rules,[1] particularly NECivR 56.1, which explains in detail how to properly respond to a motion for summary judgment.

---

[1] Available online at https://www.ned.uscourts.gov/attorney/local-rules.

IT IS ORDERED:

1.    The plaintiff's motion to extend (filing 41) is granted.

2.    The plaintiff shall respond to the defendant's motion for summary judgment (filing 35) on or before <u>May 7, 2026</u>.

3.    Should the plaintiff file a timely response to the motion for summary judgment, the defendant may reply in support of his motion on or before May 21, 2026.

Dated this 7th day of April, 2026.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge

- 2 -